# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WRIGHT,<br>Petitioner,<br>v.<br>MISS ARAIZA,<br>Respondent. | Case No. 5:25-cv-02467-WLH-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party filed objections to the Report and Recommendation, however, Respondent filed a Notice of Non-Opposition. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

IT IS ORDERED that Judgment be entered dismissing the action with prejudice.

DATE: August 12, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE