JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WRIGHT,<br>Petitioner,<br>v.<br>MISS ARAIZA,<br>Respondent. | Case No. 5:25-cv-02467-WLH-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed with prejudice.

DATE: August 12, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE